**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**CAROLYN CLARK**, *et al.*,

    **Plaintiffs,**

v.                                                                               Civil Action No. 3:16cv00032-MHL

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

    **Defendant.**

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
<u>FINANCIAL INTEREST DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

<u>Experian PLC is the parent company of Experian; (2) Experian PLC owns 100 percent of Experian; (3) Experian PLC is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian PLC is publicly traded on the London Stock Exchange.</u>

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By:/s/David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Experian Information Solutions, Inc*.
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2016, I electronically filed the foregoing Financial Interest Disclosure Statement with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Casey Shannon Nash<br>Consumer Litigation Associates PC (Alex)<br>1800 Diagonal Rd., Suite 600<br>Alexandria, VA 22314<br>Telephone: 703-273-7770<br>Facsimile: 888-892-3512<br>Email: casey@clalegal.com<br>*Counsel for Plaintiffs* | Andrew Joseph Guzzo<br>Kelly & Crandall PLC<br>4084 University Drive, Suite 202A<br>Fairfax, VA 22030<br>Telephone: 703-424-7570<br>Facsimile: 703-591-0167<br>Email: aguzzo@kellyandcrandall.com<br>*Counsel for Plaintiffs* |
| Craig Carley Marchiando<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard, Suite 1A<br>Newport News, VA 23601<br>Telephone: 757-930-3660<br>Facsimile: 757-930-3662<br>Email: craig@clalegal.com<br>*Counsel for Plaintiffs* | James Arthur Francis<br>Francis & Mailman PC<br>Land Title Building<br>100 S Broad Street Suite 1902<br>Philadelphia, PA 19110<br>Telephone: 215-735-8600<br>Facsimile: 215-940-8000<br>Email: jfrancis@consumerlawfirm.com<br>*Counsel for Plaintiffs* |
| John Soumilas<br>Francis & Mailman PC<br>Land Title Building<br>100 S Broad Street Suite 1902<br>Philadelphia, PA 19110<br>Telephone: 215-735-8600<br>Facsimile: 215-940-8000<br>Email: jsoumilas@consumerlawfirm.com<br>*Counsel for Plaintiffs* | Lauren KW Brennan<br>Francis & Mailman PC<br>Land Title Building<br>100 S Broad Street Suite 1902<br>Philadelphia, PA 19110<br>Telephone: 215-735-8600<br>Facsimile: 215-940-8000<br>Email: jsoumilas@consumerlawfirm.com<br>*Counsel for Plaintiffs* |
| Kristi Cahoon Kelly<br>Kelly & Crandall PLC<br>4084 University Drive, Suite 202A<br>Fairfax, VA 22030<br>Telephone: 703-424-7572<br>Facsimile: 703-591-1067<br>Email: kkelly@kellyandcrandall.com<br>*Counsel for Plaintiffs* | Leonard Anthony Bennett<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard, Suite 1A<br>Newport News, VA 23601<br>Telephone: 757-930-3660<br>Facsimile: 757-930-3662<br>Email: lenbennett@clalegal.com<br>*Counsel for Plaintiffs* |

| | |
|---|---|
| Matthew James Erausquin | Susan Mary Rotkis |
| Consumer Litigation Associates PC | Consumer Litigation Associates |
| 1800 Diagonal Rd., Suite 600 | 763 J Clyde Morris Boulevard, Suite 1A |
| Alexandria, VA  22314 | Newport News, VA  23601 |
| Telephone: 703-273-7770 | Telephone: 757-930-3660 |
| Facsimile: 888-892-3513 | Facsimile: (757) 930-3662 |
| Email: matt@clalegal.com | Email: srotkis@clalegal.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com