IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CAROLYN CLARK, et al.,<br><br>*Individually and on behalf of a class of similarly situated persons*,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No.: 3:16-CV-32-MHL |

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), and Plaintiff Carolyn Clark and those individuals similarly situated (collectively, "Plaintiffs"), by counsel, together Plaintiffs and Experian are referred to as "the Parties", upon their Joint Request for Entry of an Agreed Scheduling Order.

Experian contends that the issue of willfulness is a uniquely critical one in this case and if possible should be resolved as soon as practicable. Experian has stated its intent to file an early Motion for Summary Judgment as to willfulness and Plaintiffs have stated their concurrence in such early filing. Each Party believes that the Court's summary judgment decision will be important in valuation of the case for settlement if the motion is denied.

UPON CONSIDERATION WHEREOF, for good case shown, and by agreement of the Parties, it is hereby,

ORDERED, ADJUDGED and DECREED that

1. The Parties will exchange initial disclosures under Rule 26(a)(1) on or before July 12, 2016. Experian will identify any documents and persons whose statements it knows at that

time it intends to rely on in support of its Motion for Summary Judgment, and will supplement as necessary. The Parties agree to exchange non-confidential documents with their initial disclosures. Confidential documents will be exchanged after the entry of a protective order.

2. The Parties shall file a status report on or before September 15, 2016, indicating the outcome of the private mediation scheduled for August 22, 2016.

3. Experian shall file its Motion for Summary Judgment limited to the question of willfulness on or before October 14, 2016.

4. On or before October 28, 2016 the Parties shall meet and confer to negotiate what if any additional discovery the Plaintiffs would need to respond to the Motion for Summary Judgment and the period within which such discovery will be provided.

5. Plaintiffs shall respond to Defendant's Motion for Summary Judgment within the earlier of thirty (30) days of the filing of the Motion and fourteen (14) days of the earlier of the date on which the above discovery is produced and provided or on which the Court finds that no further discovery is required of Experian.

6. Experian shall file its reply within ten (10) days thereafter.

7. Following the Court's decision on Experian's Motion for Summary Judgment on the issue of willfulness, the Court will set an additional Rule 16(b) conference, if necessary.

The Clerk is directed to send a copy of this Order to counsel of record.

/s/
M. Hannah Lauck
United States District Judge

M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: June 29, 2016