IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN CLARK, *et al.*,
*individually and on behalf of a class of*
*similarly situated persons*,

        Plaintiffs,

v.                                         Civil Action No. 3:16cv32

EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendant.

## ORDER

This matter comes before the Court on Plaintiffs Carolyn Clark, *et al.*'s ("Plaintiffs") Motion for Enlargement of Time to Provide the Court with a Status Report (the "Motion").[1] (ECF No. 41.) On January 20, 2017, the Court held a conference call regarding deadlines for summary judgment briefing and discovery. The parties were unable to agree on discovery deadlines at that time, and the Court ordered the parties to confer regarding deadlines and contact the Court by Friday, January 27, 2017. On January 27, 2017, Plaintiffs filed the Motion and represented that "the [p]arties have been working together to resolve the disputes, but are seeking a one-week extension to provide the Court with the required status report." (Mem. Supp. 1, ECF No. 42.) Plaintiffs stated that "the [p]arties hope to reach an agreement that would resolve all of the outstanding issues," and sought an additional week to do so. (*Id.* at 2.)

---

[1] Federal Rule of Civil Procedure 6 governs extensions of time. Rule 6(b) states in pertinent part: "**(1) *In General.*** When an act may or must be done within a specified time, the court may, for good cause, extend the time: **(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A). Plaintiffs filed their motion before the original deadline had expired.

Accordingly, upon due consideration, and for good cause shown, the Court GRANTS the Motion. The Court ORDERS the parties to file, jointly, an agreed schedule regarding when summary judgment briefing will be filed with the Court. The Court further ORDERS the parties to file, jointly, an agreed schedule regarding when discovery will conclude. Both of these agreed schedules SHALL be filed no later than the close of business on February 3, 2017.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 2/1/2017
Richmond, Virginia