IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CAROLYN CLARK, *et al.*, *individually and on behalf of a class of all similarly situated persons*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 3:16-cv-32-MHL |

**NOTICE OF WITHDRAWAL OF EXPERIAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF WILLFULNESS**

On October 14, 2016, Defendant Experian Information Solutions, Inc. ("Experian") filed its Motion for Partial Summary Judgment on the Issue of Willfulness (Dkt. No. 30).  Experian hereby notifies the Court and all counsel of record that it is withdrawing its previously filed Motion for Partial Summary Judgment without prejudice and subject to its right to file a later summary judgment motion in this matter under Local Civil Rule 56.  The Parties will be filing a proposed amended scheduling order with the Court.

Dated:  May 2, 2017　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ William V. O'Reilly
　　　　　　　　　　　　　　　　　　　William V. O'Reilly (VA Bar No. 26249)
　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC  20001-2113
　　　　　　　　　　　　　　　　　　　Telephone:  (202) 879-3939
　　　　　　　　　　　　　　　　　　　woreilly@jonesday.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2017, I electronically filed the foregoing with the Court using the CM/ECF System, causing it to be served upon the following:

Kristi C. Kelly
Andrew Joseph Guzzo
KELLY & CRANDALL PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
*Counsel for Plaintiffs*

Leonard Anthony Bennett
Craig Carley Marchiando
Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES
763 J Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: srotkis@clalegal.com
*Counsel for Plaintiffs*

Matthew James Erausquin
Casey Shannon Nash
CONSUMER LITIGATION ASSOCIATES PC
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3513
Email: matt@clalegalcom
Email: casey@clalegal.com
*Counsel for Plaintiffs*

Lauren KW Brennan
James Arthur Francis
John Soumilas
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, Suite 1902
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
Email: lbrennan@consumerlawfirm.com
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
*Counsel for Plaintiffs*

/s/ William V. O'Reilly
William V. O'Reilly (VA Bar No. 26249)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
woreilly@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*