IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CAROLYN CLARK, *et al.*, *individually and on behalf of a class of similarly situated persons*,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Civil Action No.: 3:16-CV-32-MHL |

**JOINT CONSENT MOTION FOR ENTRY OF
AGREED SCHEDULING ORDER**

Defendant, Experian Information Solutions, Inc. ("Experian"), and Plaintiffs Carolyn Clark, *et al.*, and those individuals similarly situated (collectively, "Plaintiffs"), by counsel, pursuant to Federal Rule of Civil Procedure 16(b), respectfully request that the Court enter an agreed scheduling order bifurcating class and merits discovery and setting deadlines for Plaintiffs' class certification motion and class discovery. On May 2, 2017, Experian withdrew its Motion for Partial Summary Judgment on the Issue of Willfulness, without prejudice. (Dkt. Nos. 47, 48). The Parties now seek to coordinate discovery across similar public record class actions brought by these Plaintiffs' counsel, including *Frances Brown, et al. v. Experian Information Solutions, Inc.*, Case No. 3:16-cv-670 (E.D. Va.) and *Korin Taylor v. Experian Information Solutions, Inc.*, Case No. 1:16-cv-02074 (D. Md.), and similar discovery deadlines for these cases would allow for better coordination. Specifically, the Parties request additional time to collect and produce certain documents requested in discovery, including data regarding potential class members, which Experian has agreed to produce pursuant to the entry of an agreed order filed separately with the Court.

The Parties move the Court to adopt the following schedule:

1. Class discovery shall be completed on or before August 31, 2017.

2. The Parties shall file their motion for class certification on or before September 21, 2017. Briefs in opposition must be submitted within 30 days following such motion, with reply briefs due 14 days thereafter.

3. Following the Court's ruling on class certification, merits discovery shall commence.

4. Dispositive motions shall be filed no later than ninety (90) days following the Court's ruling on class certification. Briefs in opposition shall be submitted thirty (30) days thereafter. Reply briefs shall be submitted fifteen (15) days thereafter.

The Parties have attached hereto a proposed agreed order for the Court's consideration and entry.

Dated: May 18, 2017

Respectfully submitted,

<u>/s/ Leonard A. Bennett</u>
Leonard A. Bennett
Craig C. Marchiando
Elizabeth W. Hanes
Susan Mary Rotkis
CONSUMER LITIGATION
ASSOCIATES
763 J Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiffs*

Kristi Cahoon Kelly
Andrew J. Guzzo
KELLY & CRANDALL PLC
4084 University Drive , Suite 202A
Fairfax, VA 22030
703-424-7572
Fax: 703-591-1067
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiffs*

Matthew J. Erausquin
Casey S. Nash
CONSUMER LITIGATION
ASSOCIATES PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-7770
Fax: 888-892-3513
Email: matt@clalegal.com
*Counsel for Plaintiffs*

James A. Francis
FRANCIS & MAILMAN PC
100 S Broad Street Suite 1902
Philadelphia, PA 19110
215-735-8600
Fax: 215-940-8000
Email: jfrancis@consumerlawfirm.com
*Counsel for Plaintiffs*

<u>/s/ William V. O'Reilly</u>
William V. O'Reilly (Va. Bar No. 26249)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
Email: woreilly@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*

David N. Anthony
TROUTMAN SANDERS LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23218
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on this 18th day of May, 2017 with the Court via the CM/ECF system, causing it to be served on all CM/ECF users.

>*/s/ William V. O'Reilly*
William V. O'Reilly (Va. Bar No. 26249)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700
woreilly@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*