IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CAROLYN CLARK, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION <br> SOLUTIONS, INC., <br> Defendant. | Civil Action No. 3:16cv32 (MHL) |
| FRANCES D. BROWN, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION <br> SOLUTIONS, INC., <br> Defendant. | Civil Action No. 3:16cv670 (MHL) |

**ORDER**

The Court has scheduled this case for follow-up settlement conferences on **June 12, 2018**, at **9:30 a.m.** and **July 12, 2018**, at **9:30 a.m.** At that time, the parties shall report to the chambers of United States Magistrate Judge David J. Novak. To aid this process, no later than **Tuesday, May 29, 2018**, counsel for the Plaintiffs SHALL provide to the Defendants a settlement proposal outlining a settlement structure exclusive of attorney's fees and service awards. Counsel for the Defendants SHALL respond either by accepting the proposal or with a counter-proposal no later than **Tuesday, June 5, 2018**. Counsel for both parties shall send a copy of their proposal by email to the chambers of the undersigned.

Should counsel or party representatives wish to bring any electronic devices, including laptops and/or cell phones, to the settlement conference, counsel must include the proper

authorization form with the settlement memorandum, consistent with the requirements of this Court's Personal Electronics Device Policy.[1]

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: May 14, 2018

---

[3] http://www.vaed.uscourts.gov/locations/documents/NEW_PERSONAL%20ELECTRONICS%20DEVICE%20POLICY.pdf