## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| CAROLYN CLARK, *et al., on behalf of themselves and all others similarly situated,* | |
| Plaintiffs, | |
| v. | Case No. 3:16-cv-00032 (MHL) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

| | |
|---|---|
| FRANCES D. BROWN, *et al., on behalf of themselves and all others similarly situated,* | Case No. 3:16-cv-00670 (MHL) |
| Plaintiffs, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT, CONDITIONALLY CERTIFYING CLASS
FOR PURPOSE OF SETTLEMENT, APPOINTING CLASS COUNSEL,
DIRECTING NOTICE TO THE CLASS, AND
<u>SCHEDULING FINAL FAIRNESS HEARING</u>**

Plaintiffs[1] on behalf of themselves and all others similarly situated (the "Settlement Class"), pursuant to Fed. R. Civ. P. 23(b)(2) and 23(e) move for preliminary approval of the class action Stipulation and Agreement of Settlement ("Settlement Agreement" or "Settlement") with Defendant Experian Information Solutions, Inc. ("Defendant" or "Experian") and now seek an order from the Court (1) preliminarily approving the class action settlement, (2) scheduling a final fairness hearing, (3) certifying the proposed Settlement Class for purposes of the proposed settlement only, and (4) appointing Class Counsel.[2]

---

[1] Plaintiffs have moved in *Brown v. Experian Information Solutions, Inc.,* Civil Action No. 3:16-cv-000670, to consolidate these two cases for the purpose of settlement. The Settlement Agreement is
[2] Plaintiffs will be separate filing move the Court for approval of the proposed Notice process and settlement administrators pursuant to Fed. R. Civ. P. 23(c).

Respectfully submitted,

**PLAINTIFFS,**
*individually and on behalf of all others similarly situated*

By: _____/s/_____
Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando, VSB No. 89736
Elizabeth W. Hanes, VSB No. 75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: Elizabeth@clalegal.com

Matthew J. Erausquin, VSB No. 65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7770
Fax:    (888) 892-3512
Email: matt@clalegal.com

James A. Francis, *pro hac vice pending*
David A. Searles, *pro hac vice pending*
Francis & Mailman PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
Casey S. Nash, VSB No. 84261
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Tel: (703) 424-7570
Fax: (703) 591-0167

Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com


E. Michelle Drake, pro hac pending
John G. Albanese, pro hac pending
Berger & Montague, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: (612) 594-5999
Fax:  (612) 584-4470
Email: emdrake@bm.net
Email: jalbanese@bm.net


*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of September 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                    /s/
_____
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:   (757) 930-3660
Fax:  (757) 930-3662
Email: lenbennett@clalegal.com