UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN CLARK, *et al., on behalf of*
*themselves and all others similarly situated,*

      Plaintiffs,

v.    Case No. 3:16-cv-00032 (MHL)

EXPERIAN INFORMATION SOLUTIONS,
INC.,

      Defendant.

_____

FRANCES D. BROWN, *et al., on behalf of*
*themselves and all others similarly situated,*

      Plaintiffs,

v.    Case No. 3:16-cv-00670 (MHL)

EXPERIAN INFORMATION SOLUTIONS,
INC.,

      Defendant.

_____

**PLAINTIFFS' MOTION FOR APPROVAL OF NOTICE PLAN AND
DIRECTING NOTICE TO THE CLASS**

      Pursuant to Fed. R. Civ. P. 23(e)(1), Plaintiffs, on behalf of themselves and all others similarly situated (the "Settlement Class"), in connection with the pending Motion for Preliminary Approval of Class Action Settlement (ECF No. 125), respectfully request the Court approve the form and manner of notice proposed to be sent to all members of the Settlement Class as outlined in the Memorandum and Declarations filed in support of this Motion, and in the Settlement Agreement (ECF No. 126-1).

**PLAINTIFFS,**
*individually and on behalf of all others similarly situated*

By: /s/
Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando, VSB No. 89736
Elizabeth W. Hanes, VSB No. 75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: Elizabeth@clalegal.com

Matthew J. Erausquin, VSB No. 65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
Email: matt@clalegal.com

James A. Francis
David A. Searles
Francis & Mailman PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
Casey S. Nash, VSB No. 84261
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Tel: (703) 424-7570
Fax: (703) 591-0167

Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com


E. Michelle Drake
John G. Albanese
Berger & Montague, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: (612) 594-5999
Fax:  (612) 584-4470
Email: emdrake@bm.net
Email: jalbanese@bm.net

*Counsel for the Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of September 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      /s/
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com