IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CAROLYN CLARK, *et al., on behalf of themselves and all others similarly situated,* | Case No. 3:16-cv-00032 (MHL) |
| Plaintiffs, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

| | |
|---|---|
| FRANCES D. BROWN, *et al., on behalf of themselves and all others similarly situated,* | Case No. 3:16-cv-00670 (MHL) |
| Plaintiffs, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF FED. R. CIV. P. 23(b)(2) CLASS ACTION SETTLEMENT AGREEMENT AND FOR <u>ATTORNEYS' FEES AND CLASS REPRESENTATIVE SERVICE AWARDS</u>**

Plaintiffs, on behalf of themselves and all others similarly situated, by counsel, respectfully move for Final Approval of Class Action Settlement and for Attorneys' Fees and Class Representative Service Awards. Plaintiffs submit a brief in support with supporting declarations and a proposed order is attached as Exhibit 1.

Respectfully submitted,

**PLAINTIFFS,**
*individually and on behalf of all
others similarly situated*

By: _____/s/_____
Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando, VSB No. 89736
Elizabeth W. Hanes, VSB No. 75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: Elizabeth@clalegal.com

Matthew J. Erausquin, VSB No. 65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
Email: matt@clalegal.com

Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
Casey S. Nash, VSB No. 84261
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Tel: (703) 424-7570
Fax: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com

James A. Francis, *pro hac vice*
David A. Searles, *pro hac vice*
Francis & Mailman PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110

Tel: (215) 735-8600
Fax: (215) 940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

E. Michelle Drake
John G. Albanese
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T. 612.594.5999
F. 612.584.4470
Email: emdrake@bm.net
jalbanese@bm.net

*Counsel for the Plaintiffs*

## CERTIFICATE OFSERVICE

I hereby certify that on January 5, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com